**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISON

No. 7:21-CV-220-FL

| | | |
|---|---|---|
| ARIELLE WHITAKER,<br><br>Plaintiff,<br><br>v.<br><br>CASTLE BRANCH, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)) |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate that this action and all claims asserted or could have been asserted by both parties in this action hereby are dismissed with prejudice.

This the 6th day of May, 2022.

| | |
|---|---|
| GESSNERLAW, PLLC<br><br>*/s/ L. Michelle Gessner*<br>L. Michelle Gessner<br>N.C. State Bar No. 26590<br>1213 Culbreth Drive, Suite 426<br>Wilmington, North Carolina 28405<br>Telephone: (704) 234-7442<br>Facsimile: (980)206-0286<br>Email: michelle@mgessnerlaw.com<br><br>*Attorney for Plaintiff Arielle Whitaker* | SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br><br>*/s/ Shameka C. Rolla*<br>Zebulon D. Anderson<br>N.C. State Bar No. 20831<br>Shameka C. Rolla<br>N.C. State Bar No. 56584<br>Post Office Box 2611<br>Raleigh, North Carolina 27602-2611<br>Telephone: (919) 821-1220<br>Facsimile: (919) 821-6800<br>Email: zanderson@smithlaw.com<br>Email: srolla@smithlaw.com<br><br>*Attorneys for Defendant Castle Branch, Inc.* |